Fred I. Evans, Plaintiff-Appellee, v. Paul F. Beich Company, Defendant-Appellant.

Gen. No. 9,757.

Costigan, Wollrab & Yoeder, for appellant; Stone, Stone & Hess, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full. Opinion filed May 31, 1951; rehearing denied July 10, 1951; released for publication July 10, 1951.